UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 19-14266-CIV-CANNON/Reid

**FREDDIE LEE ROBINSON,**

    Petitioner,

v.

**SEC'Y, FLA. DEP'T OF CORR.,**

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation issued on February 18, 2021 [ECF No. 27]. The Report recommends dismissing as untimely Petitioner Robinson's *pro se* Petition for Writ of Habeas Corpus [ECF Nos. 1 & 2] pursuant to 28 U.S.C. § 2254 [ECF No. 27]. Petitioner did not file objections to the Report, and the deadline for doing so was March 4, 2021.

After conducting a *de novo* review of the Report and the record, the Court agrees with Magistrate Judge Reid's conclusions and finds that the reasoning in the Report is accurate. Further, the Court finds that Petitioner has failed to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED** and **ADJUDGED** that:

    (1) Magistrate Judge Reid's Report (ECF No. 28) is **ADOPTED**.

    (2) Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF Nos. 1 and 2) is **DENIED**.

    (3) A Certificate of Appealability is **DENIED**.

1

(4) Final judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of April 2021.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record